IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MONIKA LESIAK, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> VILLAGE OF ADDISON POLICE SERGEANT ) <br> BRIAN GOSS, #352, VILLAGE OF ADDISON ) <br> POLICE OFFICER GORDON NISBET, #358 ) <br> and UNKNOWN VILLAGE OF ADDISON ) <br> POLICE OFFICERS, all individually and as ) <br> agents, servants and/or employees of the ) <br> VILLAGE OF ADDISON, a Body Politic and ) <br> Corporate, ) <br> ) <br> Defendant(s). ) | No. 10 C 7867 <br><br> Judge Ronald A. Guzman <br><br> Magistrate Judge Michael T. Mason |

## MOTION FOR LEAVE TO WITHDRAW

NOW COMES the LAW OFFICES OF STEVEN J. MALMAN & ASSOCIATES, P.C., and move this Honorable Court, pursuant to Local Rule 83.17, to grant leave to withdraw as counsel for Plaintiff, MONIKA LESIAK, and in support thereof, states as follows:

1. A complaint was filed in this matter on December 10, 2010 alleging excessive force by the Defendants in violation of Section 1983 and 1988 of the Civil Rights Act.

2. Differences have arisen between Plaintiff and her attorneys as to the handling of her case.

3. It would be in the best interest of both parties if counsel were allowed to withdraw their representation of Plaintiff.

4. Notice and Motion will be sent to Monika Lesiak via certified and regular mail at her last known address of 822 East Old Willow Road, Apartment 104, Prospect Heights, Illinois 60070 before said motion is to be heard.

5. Other than the instant motion, there are no pending motions in this matter.

WHEREFORE, it is respectfully requested that this Honorable Court enter an Order granting Law Offices of Steven J. Malman & Associates, P.C. leave to withdraw as attorney for the Plaintiff, MONICA LESIAK.

Respectfully submitted,

/s/ Steven J. Malman
Law Offices of Steven J. Malman
& Associates, P.C.
ARDC No.: 6207944
205 W. Randolph Street, Suite 610
Chicago, Illinois 60606
312/629-0099