# Exhibit A

**From:** Weiler, Thomas
**Sent:** Monday, February 14, 2011 11:59 AM
**To:** smalman@malmanlaw.com
**Cc:** cfidone@malmanlaw.com; Pate, Meredith M.; Masters, John A.; Varble, Jessica
**Subject:** Lesiak v. Addison
**Importance:** High
**Attachments:** PoliceReport.pdf

Dear Mr. Malman,

Pursuant to Judge Guzman's order today, I am attaching a copy of the police report from the incident in question. This email will confirm that we will also accept service on Sgt. Goss' behalf and will file a responsive pleading for him shortly.

Previously, I had requested of Mr. Boyer that he dismiss Ofc. Nisbett from the lawsuit as he had no involvement in this matter (as you can see from the police report). Please confirm that you will do so.

Thank you,

Thomas R. Weiler

**Langhenry, Gillen, Lundquist & Johnson, LLC**

Suite 1650

33 North Dearborn St.

Chicago, IL 60602

Tel: 312-704-6700

Fax: 312-704-6777

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE. This electronic mail transmission contains information that may be attorney client privileged and/or confidential attorney work product. Please note that if you are not the intended recipient, or an agent for the intended recipient, you are hereby notified that any dissemination, disclosure, distribution or copying of the contents of this electronic message or any attachments is strictly prohibited. If you have received this transmission in error, please contact the sender at Langhenry, Gillen, Lundquist & Johnson, LLC by telephone (312) 704-6700 or by e-mail with copy to mjablonski@lglfirm.com. Also, please delete this e-mail from your system and destroy any hard copies. Thank you.



Please consider the environment before printing this e-mail.



# Exhibit B

# LANGHENRY, GILLEN, LUNDQUIST & JOHNSON, LLC

*Attorneys at Law*

JOHN G. LANGHENRY III
SUZANNE FAVIA GILLEN
TROY A. LUNDQUIST
STEVEN R. JOHNSON
MELISSA J. GORDON
ANASTASIA L. HESS
MOHAMMED A. NOFAL
WILLIAM B. WEILER
THOMAS R. WEILER

J. DANIEL PORTER
MICHELLE M. PAVEZA
COLLEEN A. SINSON
MICHAEL R. RADAK
JOSHUA M. FEAGANS
REBECCA J. JOHNSON
STACY K. SHELLY
ANDREW R. STUART
CHRISTOPHER R. DUNSING
KRISTEN A. CEMATE
MEREDITH M. PATE
THERESA BRESNAHAN-COLEMAN

33 NORTH DEARBORN STREET
SUITE 1650
CHICAGO, ILLINOIS 60602

TELEPHONE (312) 704-6700
FAX (312) 704-6777

WWW.LGLFIRM.COM

Writer's direct email: tweiler@lglfirm.com

WHEATON
TEL (630) 653-5775
FAX (630) 653-5980

JOLIET
TEL (815) 726-3600
FAX (815) 726-3676

ROCKFORD
TEL (815) 636-1800
FAX (815) 636-2860


May 20, 2011

**VIA E-Mail: cboyer@malmanlaw.com**
Cory M. Boyer
Law Offices of Steven J. Malman & Associates
205 W. Randolph St- Suite 610
Chicago, IL 60606

RE: **Lesiak v. Village of Addison**
Court No. 10CV07867
O/ File No. 10004/TRW,MMPA

Dear Mr. Boyer:

We are writing pursuant to Local Rule 37.2 regarding outstanding discovery issues. As you are aware, on March 7, 2011, Judge Guzman ordered all discovery to be completed by August 30, 2011. We issued written discovery to your client on March 10, 2011. It was due April 11, 2011, but has not yet been answered. In addition, we had scheduled your client's deposition of April 20, 2011, but it did not proceed as we had not received answers to our written discovery.

While we understand that you are seeking to withdraw your representation as counsel for Ms. Lesiak, you did not appear on your motion on May 10, 2011. We have not received any re-notice of the motion to withdraw. Your client's failure to answer our written discovery is placing us at a serious disadvantage with respect to our ability to comply with the court's schedule. Accordingly, if you are going to continue to represent Ms. Lesiak, please provide us with answers to written discovery within the next seven days and provide us with a firm date that Ms. Lesiak's deposition can proceed within the next 21 days.



Alternatively, if you are still seeking to withdraw as counsel for Ms. Lesiak, please notice your motion as soon as possible so that we can address these issues with the court. Should you care to discuss the foregoing, please do not hesitate to call.

Very truly yours,

Thomas R. Weiler

TRW/jlv

## Varble, Jessica

**From:** Varble, Jessica
**Sent:** Friday, May 20, 2011 3:32 PM
**To:** 'cboyer@malmanlaw.com'
**Subject:** Letter in Lesiak
**Attachments:** Boyer052011.pdf

Dear Mr. Boyer:

Attached please find correspondence from Thomas Weiler in the matter Monika Lesiak v. Village of Addison. Thank you.

Jessica

Jessica L. Varble
Assistant to Thomas R. Weiler, Meredith M. Pate, Theresa Bresnahan-Coleman, and Kristen A. Cemate
Langhenry, Gillen, Lundquist & Johnson, LLC
33 North Dearborn Street-Suite 1650
Chicago, IL 60602
Tel: 312-704-6700
Fax: 312-704-6777
jvarble@lglfirm.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE. This electronic mail transmission contains information that may be attorney client privileged and/or confidential attorney work product. Please note that if you are not the intended recipient, or an agent for the intended recipient, you are hereby notified that any dissemination, disclosure, distribution or copying of the contents of this electronic message or any attachments is strictly prohibited. If you have received this transmission in error, please contact the sender at Langhenry, Gillen, Lundquist & Johnson, LLC by telephone (312) 704-6700 or by e-mail with copy to mjablonski@lglfirm.com. Also, please delete this e-mail from your system and destroy any hard copies. Thank you.



Please consider the environment before printing this e-mail.

# Exhibit C

# LANGHENRY, GILLEN, LUNDQUIST & JOHNSON, LLC

*Attorneys at Law*

JOHN G. LANGHENRY III
SUZANNE FAVIA GILLEN
TROY A. LUNDQUIST
STEVEN R. JOHNSON
MELISSA J. GORDON
ANASTASIA L. HESS
MOHAMMED A. NOFAL
WILLIAM B. WEILER
THOMAS R. WEILER

J. DANIEL PORTER
MICHELLE M. PAVEZA
COLLEEN A. SINSON
MICHAEL R. RADAK
JOSHUA M. FEAGANS
REBECCA J. JOHNSON
STACY K. SHELLY
ANDREW R. STUART
CHRISTOPHER R. DUNSING
KRISTEN A. CEMATE
MEREDITH M. PATE
THERESA BRESNAHAN-COLEMAN

33 NORTH DEARBORN STREET
SUITE 1650
CHICAGO, ILLINOIS 60602

TELEPHONE (312) 704-6700
FAX (312) 704-6777

WWW.LGLFIRM.COM

Writer's direct email: mpate@lglfirm.com

WHEATON
TEL (630) 653-5775
FAX (630) 653-5980

JOLIET
TEL (815) 726-3600
FAX (815) 726-3676

ROCKFORD
TEL (815) 636-1800
FAX (815) 636-2860


June 13, 2011

**VIA E-Mail: cboyer@malmanlaw.com**
Cory M. Boyer
Law Offices of Steven J. Malman & Associates
205 W. Randolph St- Suite 610
Chicago, IL 60606

RE: **Lesiak v. Village of Addison**
Court No. 10CV07867
O/ File No. 10004/TRW,MMPA

Dear Mr. Boyer:

On May 20, 2011, we sent correspondence to you regarding the above captioned matter. At that time, we reminded you that Judge Guzman has ordered an all discovery closure date on this matter for August 30, 2011. We also advised that there is outstanding written discovery that you have not answered. In addition, we reminded you that we had intended to take your client's deposition on April 20, 2011, however, we could not take the deposition, as your client had failed to answer our written discovery.

On May 10, 2011, you failed to appear for your motion to withdraw as counsel for Plaintiff, Monika Lesiak. We spoke with you subsequent to that day and you advised that you would be re-noticing up the motion. As of June 13, 2011, you still have not filed or re-noticed a motion to withdraw as counsel. Further, you have not responded to our outstanding written discovery or our letter dated May 20, 2011.

Though we have tried to be patient on this matter due to your intention to withdraw, we believe that your failure to proceed on this matter has prejudiced our clients. We therefore request that you either answer our outstanding written discovery by June 20, 2011, or that you re-



notice your motion to withdraw as attorneys for Plaintiff. If you do not do either, we will have no choice but to file a motion to compel as we have previously corresponded to you about the outstanding discovery and we have received no response.

Should you care to discuss the foregoing, please do not hesitate to call.

Very truly yours,

Meredith M. Pate

MMPA/jlv

**Varble, Jessica**

---

**From:** Varble, Jessica
**Sent:** Monday, June 13, 2011 3:37 PM
**To:** 'cboyer@malmanlaw.com'
**Subject:** Correspondence-Lesiak v. Addison
**Attachments:** Boyer_6.13.11.pdf

Dear Mr. Boyer:

Attached please find correspondence from Ms. Meredith Pate in the above referenced matter.

Thank you!

Jessica

Jessica L. Varble
Assistant to Thomas R. Weiler, Meredith M. Pate, Theresa Bresnahan-Coleman, and Kristen A. Cemate
Langhenry, Gillen, Lundquist & Johnson, LLC
33 North Dearborn Street-Suite 1650
Chicago, IL 60602
Tel: 312-704-6700
Fax: 312-704-6777
jvarble@lglfirm.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE. This electronic mail transmission contains information that may be attorney client privileged and/or confidential attorney work product. Please note that if you are not the intended recipient, or an agent for the intended recipient, you are hereby notified that any dissemination, disclosure, distribution or copying of the contents of this electronic message or any attachments is strictly prohibited. If you have received this transmission in error, please contact the sender at Langhenry, Gillen, Lundquist & Johnson, LLC by telephone (312) 704-6700 or by e-mail with copy to mjablonski@lglfirm.com. Also, please delete this e-mail from your system and destroy any hard copies. Thank you.


Please consider the environment before printing this e-mail.

# Exhibit D

LANGHENRY, GILLEN, LUNDQUIST & JOHNSON, LLC

*Attorneys at Law*

JOHN G. LANGHENRY III
SUZANNE FAVIA GILLEN
TROY A. LUNDQUIST
STEVEN R. JOHNSON
MELISSA J. GORDON
ANASTASIA L. HESS
MOHAMMED A. NOFAL
WILLIAM B. WEILER
THOMAS R. WEILER

J. DANIEL PORTER
MICHELLE M. PAVEZA
COLLEEN A. SINSON
MICHAEL R. RADAK
JOSHUA M. FEAGANS
REBECCA J. JOHNSON
STACY K. SHELLY
ANDREW R. STUART
CHRISTOPHER R. DUNSING
KRISTEN A. CEMATE
MEREDITH M. PATE
THERESA BRESNAHAN-COLEMAN
JOHN A. MASTERS

33 N. DEARBORN
SUITE 1650
CHICAGO, ILLINOIS 60602

TELEPHONE (312) 704-6700
FAX (312) 704-6777

WHEATON
TEL (630) 653-5775
FAX (630) 653-5980

JOLIET
TEL (815) 726-3600
FAX (815) 726-3676

ROCKFORD
TEL (815) 636-1800
FAX (815) 636-2860

January 21, 2011

**VIA Facsimile: (312)629-1188 and Regular U.S. Mail**
Cory M. Boyer
Law Offices of Steven J. Malman & Associates
205 W. Randolph St- Suite 610
Chicago, IL 60606

RE: **Lesiak v. Village of Addison**
Court No. 10CV07867
O/ File No. 10004/TRW,MMPA

Dear Mr. Boyer:

I am sorry I was not able to get back to you regarding the initial status report required by Judge Guzman today. Please let this letter serve as the defendant's input into the status report. Currently, the only defendant properly served is the Village of Addison. I have requested that you voluntarily dismiss Officer Nisbet as he was not working on the night in question and was never at the apartment.

**Nature and Basis of Defenses**

Frankly, our defense is that what your client claims occurred never happened. She was not assaulted or battered by any officer in the apartment that evening. Arrests were made of intoxicated minors, but your client was never detained or taken into custody. Our position is that this is a claim without any basis in fact.

**Possibility of Settlement/Resolution**

Given our position, we do not see this as a realistic possibility.



**Disclosures pursuant to Rule 26(a)**

We propose making the initial Rule 26(a)(1) disclosures by February 25, 2011.

**Discovery Plan**

We propose issuing written discovery by February 25, 2011.

Based on what we know now, we believe that from the defense side, we will need to depose approximately fifteen (15) persons as follows: plaintiff; approximately nine (9) witnesses from the apartment complex present the night of the occurrence; three (3) doctors; and two (2) other witnesses. We would ask leave of court be granted to take these depositions.

We expect that we could complete these depositions by July 30, 2011, assuming all other discovery proceeds without delay.

Please call me Monday to discuss this further.

Sincerely,

Thomas R. Weiler

TRW/

TX RESULT REPORT

NAME :LANGHENRY GILLEN LUNDQUIST
TEL :13127046777
DATE :JAN.21.2011 04:56

| SESSION | FUNCTION | NO. | DESTINATION STATION | DATE | TIME | PAGE | DURATION | MODE | RESULT |
|---|---|---|---|---|---|---|---|---|---|
| 5492 | TX | 001 | 13126291188 | JAN.21 | 04:54 | 003 | 00h01min15s | G3 | OK |

# LANGHENRY, GILLEN, LUNDQUIST & JOHNSON, LLC

*Attorneys at Law*

JOHN G. LANGHENRY III
SUZANNE FAVIA GILLEN
TROY A. LUNDQUIST
STEVEN R. JOHNSON
MELISSA J. GORDON
ANASTASIA L. HESS
MOHAMMED A. NOFAL
WILLIAM B. WEILER
THOMAS R. WEILER

J. DANIEL PORTER
MICHELLE M. PAVEZA
MICHAEL R. RADAK
JOSHUA M. FEAGANS
REBECCA J. JOHNSON
STACY K. SHELLY
ANDREW R. STUART
CHRISTOPHER R. DUNSING
KRISTEN A. CEMATE
MEREDITH M. PATE
THERESA BRESNAHAN-COLEMAN
JOHN A. MASTERS

33 NORTH DEARBORN STREET
SUITE 1650
CHICAGO, ILLINOIS 60602

TELEPHONE (312) 704-6700
FAX (312) 704-6777

WWW.LGLFIRM.COM

WHEATON
TEL (630) 653-5775
FAX (630) 653-5980

JOLIET
TEL (815) 726-3600
FAX (815) 726-3676

ROCKFORD
TEL (815) 636-1800
FAX (815) 636-2860


FIRM'S FILE NUMBER: 10004 / TRW

TOTAL NUMBER OF PAGES (including this page): 3

DATE/TIME: January 21, 2011

**ATTENTION:** Cory Boyer

COMPANY: Law Offices of Steven J Malman & Assoc

MATTER NAME: Lesiak v Addison

FAX NUMBER: (312) 629-1188

TELEPHONE NUMBER: (312) 629-0099

SENDER: Thomas R Weiler

If you do not receive all of the pages, please call *Jessica* as soon as possible at (312) 704-6700.

The information contained in this facsimile message is privileged and confidential and is intended only for the use of the addressee. If the reader of this message is not the addressee, or the person responsible for delivery to the addressee, you are hereby notified that any dissemination, distribution or copying of the message is strictly prohibited. If you have received this message in error, please notify us by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

**MEMO:**